# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KAREN R. WOOD,**

        **Plaintiff,**

-vs-                        **Case No. 6:07-cv-535-Orl-28KRS**

**DISNEY DESTINATIONS, LLC., DISNEY WORLDWIDE SERVICES, INC., ,**

        **Defendants.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement and Stipulated Final Judgment (Doc. No. 24) filed April 17, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 18, 2008 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement and Stipulated Final Judgment is **GRANTED**.

    3.    The Court finds that the amount received by Plaintiff is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

4. The Court does not reserve jurisdiction to enforce the settlement agreement.

5. This case is dismissed with prejudice.

6. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party